MAZZOLA LINDSTROM LLP
*Attorneys for Plaintiff*
*Hebei Mighty Synthetic*
*Rubber and Plastic Co., Ltd.*
1350 Avenue of the Americas, 2FL
New York, New York 10019
(646) 216-8178

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HEBEI MIGHTY SYNTHETIC RUBBER AND PLASTIC CO., LTD.<br>      Plaintiff,<br> -against-<br><br>GLOBAL SYN-TURF, INC.<br>      Defendant. | Case No.: 1:21-cv-10674-PAE<br><br>**Notice of Appearance** |

   **PLEASE TAKE NOTICE** that Jean Claude Mazzola of the firm Mazzola Lindstrom LLP hereby appears in the above captioned case as counsel for Plaintiff HEBEI MIGHTY SYNTHETIC RUBBER AND PLASTIC CO., LTD., and requests that all notices and all papers served or required to be served in this case be also given to and served upon the undersigned counsel.

Dated: New York, New York
   December 15, 2021

                     MAZZOLA LINDSTROM LLP

                     Jean Claude Mazzola
                     1350 Avenue of the Americas, 2FL
                     New York, NY 10019
                     646.216.8585
                     jeanclaude@mazzolalindstrom.com
                     *Attorneys For Plaintiff*
                     *Hebei Mighty Synthetic*
                     *Rubber and Plastic Co., Ltd.*