UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
HEBEI MIGHTY SYNTHETIC RUBBER AND
PLASTIC CO. LTD.,

                                      Petitioner,

-against-

GLOBAL SYN-TURF, INC.,

                                      Respondent.
------------------------------------------------------------------x

Case No. 21-cv-10674 (PAE)

**MOTION FOR DEFAULT JUDGMENT**

      Petitioner, Hebei Mighty Synthetic Rubber and Plastic Co. Ltd., hereby moves the Court pursuant to Federal Rule of Civil Procedure 55 (b) and Local Civil Rule 55.2 to enter default judgment in the amount of $471,213.46, with interest in accordance with the final arbitration award issued on May 17, 2021 by the International Center for Dispute Resolution, in favor of Petitioner and against Respondent Global Syn-Turf, Inc. on the grounds that said Respondent failed to answer or otherwise defend against this action.

Dated: August 8, 2022

                                                            MAZZOLA LINDSTROM LLP

                                                            <u>s/Ruofei Xiang</u>
                                                           Ruofei Xiang
                                                           1350 Avenue of the Americas,
                                                           2nd Floor
                                                           New York, New York 10019
                                                           Tel: (646) 216-8300
                                                           ruofei@mazzolalindstrom.com
                                                           *Attorneys for Petitioner*

To:    Global Syn-Turf, Inc.
         5960 Inglewood Drive, Suite 150
         Pleasanton, CA 94588

4859-9785-2205, v. 2