**AFFIDAVIT OF SERVICE**

# EXHIBIT 2

SOUTHERN DISTRICT OF NEW YORK
UNITED STATES DISTRICT COURT

12/15/2021 INDEX NO.: 21-CV-10674-PAE

HEBEI MIGHTY SYNTHETIC RUBBER AND PLASTIC CO. LTD.

Plaintiff(s)-Petitioner(s)

-vs-

GLOBAL SYN-TURF, INC.

Defendant(s)-Respondent(s)

STATE OF NEW YORK}
COUNTY OF SARATOGA ss.}

I, JOHN A. HABERMEHL being duly sworn, deposes and says that deponent is over the age of eighteen years, is not a party in this proceeding and resides in New York State.

On APRIL 18, 2022 at 1:30 P.M.
Deponent served two true copies of **SUMMONS IN A CIVIL CASE, MEMORANDUM OF LAW IN SUPPORT OF PETITION TO CONFIRM ARBITRATION AWARD, DECLARATION OF RUOFEI XIANG AND EXHIBITS**
bearing index number: 21-CV-10674-PAE and date of filing: 12/15/2021
upon **GLOBAL SYN-TURF, INC.**
at address: **SECRETARY OF STATE, 99 WASHINGTON AVENUE**
city and state: **ALBANY, NY 12210**

## MANNER OF SERVICE}

*Personal*
☐ By delivering to and leaving with personally}
known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

*Suitable Age Person*
☐ By delivering and leaving with personally}
at the premises mentioned above. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

*Authorized Agent*
☒ By delivering and leaving 1 copy with} **AMY LESCH, BUSINESS DOCUMENT SPECIALIST**
the agent for service on the person in this proceeding designated under Rule 307 BCL and tendering the required fee. Service having been made to such person at the place, date and time above.

*Affixing to Door, Etc.*
☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

*Mailing*
☒ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address 5960 INGLEWOOD DRIVE, SUITE 150, PLEASANTON, CA 94588 on 04/18/202. The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by __first class mail __certified mail ☒registered mail ☒return receipt requested. Certified or registered number: RE674923114US

DESCRIPTION} deponent describes the person actually served as:
Sex: FEMALE           Race/Skin Color: WHITE           Hair Color: BLONDE
Approximate Age: 45 years   Approximate Height: 5'8"   Approximate Weight: 160 pounds
Other:

Subscribed and sworn before me on} APRIL 18, 2022

Notary Public, State of New York
Mark McClosky
Qualified in Schenectady County
Number 01MC6042335
Expires: May 22, 2026

Attorney:
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Fl.
New York, NY 10019
646-216-8178

JOHN A. HABERMEHL
Deponent

affidavit #: 250243
NLS#: 22-3113

FIRM FILE # 2022000487