# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

Hebei Mighty Synthetic Rubber and Plastic Co. Ltd.

**Plaintiff(s),**

21 Civ. 10674 (PAE)

**- against -**

**CLERK'S CERTIFICATE**
**OF DEFAULT**

Global Syn-Turf, Inc.

**Defendant(s),**
-------------------------------------------------------------X

   I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on 12/14/2021 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Global Syn-Turf, Inc. by personally serving Global Syn-Turf's authorized agent, Amy Lesch on April 18, 2022, and proof of service was therefore filed on April 25, 2022, Doc. #(s) 9.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

**Dated: New York, New York**

August 2, 2022

**RUBY J. KRAJICK**
**Clerk of Court**

**By:** _____
**Deputy Clerk**