UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
HEBEI MIGHTY SYNTHETIC RUBBER AND           Case No. 21-cv-10674 (PAE)
PLASTIC CO. LTD.,

**PROPOSED ORDER**

                Petitioner,

-against-

GLOBAL SYN-TURF, INC.,

                Respondent.
-----------------------------------------------------------------x

      This action having been commenced on December 14, 2021 by the filing of a Petition to confirm a final arbitration award rendered in Petitioner's favor, a copy of the Petition having been served on the respondent, Global Syn-Turf, on April 18, 2022, an affidavit of service having been filed on April 25, 2022, the respondent not having answered the Petition, and the time for answering the Petition having expired, it is:

      It is ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Petitioner, Hebei Mighty Synthetic Rubber and Plastic Co. Ltd., against the Respondent, Global Syn-Turf, Inc., in the amount of $471,213.46, together with interest in accordance with the arbitration award rendered on May 17, 2021.

Dated: New York, New York
_____

                                                            _____
                                                               U.S.D.J.