UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
HEBEI MIGHTY SYNTHETIC RUBBER AND   Case No. 21-cv-10674 (PAE)
PLASTIC CO. LTD.,

**AFFIRMATION OF SERVICE**

                      Petitioner,

   -against-

GLOBAL SYN-TURF, INC.,

                    Respondent.
------------------------------------------------------------------x

    I, Ruofei Xiang, declare under penalty of perjury that I caused the attached Motion for Default Judgment, Affirmation in Support of Motion for Default Judgment, and Proposed Order to be served upon Respondent Global Syn-Turf, Inc. by mail on August 8, 2022 to said Respondent's last known principal place of business with an address at: 5960 Inglewood Drive, Suite 150, Pleasanton, CA 94588.

Dated: August 8, 2022

                                              MAZZOLA LINDSTROM LLP

                                              s/Ruofei Xiang
                                              Ruofei Xiang
                                              1350 Avenue of the Americas,
                                               2nd Floor
                                              New York, New York 10019
                                              Tel: (646) 216-8300
                                              ruofei@mazzolalindstrom.com
                                              *Attorneys for Petitioner*