**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
HEBEI MIGHTY SYNTHETIC RUBBER AND
PLASTIC CO. LTD.,

                Petitioner,

    -against-                                          21 **CIVIL** 10674 (PAE)

                                                            **JUDGMENT**

GLOBAL SYN-TURF, INC.,

                Respondent.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 8, 2023, the Court has granted Hebei's motion, the Award is confirmed, and judgment is entered in the amount of $471,213.46, plus interest in accordance with the Award, in the amount of $69,118.61 and post-judgment interest pursuant to 28 U.S.C. § 1961(a); accordingly, the case is closed.

**Dated:**  New York, New York

        February 9, 2023

                                                                 **RUBY J. KRAJICK**

                                                                   _____
                                                                   **Clerk of Court**

                                             **BY:**  *K. Mango*

                                                                  _____
                                                                   **Deputy Clerk**