UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HEBEI MIGHTY SYNTHETIC RUBBER AND PLASTIC CO. LTD.,

                          Plaintiff,

-v-

GLOBAL SYN-TURF, INC.,

                          Defendant.

21 Civ. 10674 (PAE)

TURNOVER ORDER

---

PAUL A. ENGELMAYER, District Judge:

    WHEREAS the Court entered judgment against defendant Global Syn-Turf, Inc. on February 9, 2023, Dkt. 18, and ordered defendant to pay $471,213.46, plus pre-judgment interest in the amount of $69,118.61,

    WHEREAS, pursuant to 28 U.S.C. § 1961(a), and upon entry of judgment at Docket 18, plaintiff is entitled to post-judgment interest, accruing from the date of the issuance of the judgment at a rate of 4.7% *per annum*;

    IT IS HEREBY ORDERED that defendant Global Syn-Turf, Inc. shall turn over $571,580.62 to plaintiff in satisfaction of the judgment against it. The Clerk of Court is respectfully directed to terminate the motion pending at Docket 27.

    SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: September 24, 2024
       New York, New York